HITACHI HOME ELECTRONICS (AMERICA), INC., Plaintiff–Appellant,

v.

UNITED STATES, United States Customs and Border Protection, and Rosa Hernandez, Port Director, United States Customs and Border Protection, Defendants–Appellees.

No. 2010–1345.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2010.

Sidney N. Weiss, New York, NY, for Plaintiff–Appellant.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendants–Appellees.

## ON MOTION

### ORDER

Hitachi Home Electronics (America), Inc. moves for a 30–day extension of time, until October 7, 2010, to file its opening brief. Hitachi states that the United States, et al., consent.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.